FILED

UNITED STATES BANKRUPTCY COURT
Northern District of Florida
Tallahassee Division

2018 OCT -3 P 3: 52

CLERK
BANKRUPTCY COURT
NORTHERN DISTRICT FL

Re: Tamica Jackson aka
    Tamica Jackson-Forbes

Bankruptcy Case No: 18-40510

Chapter 7
SSN XXX-XX-6205
**Debtor(s)**

U.S Dept of Education
Nelnet
**Defendant(s)**

**Relief Requested:** Discharge from 100% of student loan indebtedness.

## FACTS

Debtor is indebted to the US Department of Education- Nelnet Student Loan Servicer for the sum of approximately $75,000- $85,000 that has accumulated for the costs of financing her education as an independent student from 1996 to 2017.

Debtor has made good faith efforts to obtain forbearances and deferments during loan repayment periods since graduating college in 2003 and has never defaulted on the loans.

Debtor will not be able to maintain a minimal standard of living and repay the student loan debt, even with an income driven repayment plan.

Debtor's recent hardships have been extreme and prolonged-ongoing for two years now.

Debtor's expects it to take several years to rebound from these circumstances.

Debtor has been the head of household parent since 2004, earning an average annual minimum salary of $25,000 and maximum of $35,000.

Debtor has been unable to rebound from extenuating financial hardships that began with an **unlawful employment discharge** in December 2016 due to **gross negligence and fraud** of a single business owner.

Four months later, the debtor and debtor's minor child were subjected to **Divorce with continuous with ongoing/non-stop forms of abuse and Domestic Violence, Severe Harassment, Identity Theft, Fraud, Financial Abuse, Exploitation, Slander/Libel/Defamation, Public Corruption, Professional Malpractice, Negligence/Gross Negligence and Violation of Civil and Human Rights.**

Debtor reported all negligence, misconduct and fraud to the proper intake agencies.

Debtor and child received no relief but were subjected to more abusive acts and violations of retaliation that were intentional, illegal, and meant to cause harm.

These complaints/reports/grievances remain "unresponded to", "closed without proper resolution", or unresolved while the perpetrators are still "at liberty."

Debtor and minor child are undergoing therapy and medical review for the treatment of medical conditions related to and caused by the impact of these extenuating circumstances and negligence.

Debtor is also in need dental/medical treatment that is estimated to cost approximately $8,000 to $11,000.

Debtor is still seeking employment and has been utilizing local and government resources such as Employ FL Marketplace and Career Source.

Debtor receives support/maintenance payments for the minor child which barely cover the minimal standard of living for a household of two.

Debtor's debt for student loans was accumulated for education she obtained that has not assisted her, provided an advantage or helped to secure progress in in any career or to secure employment since 1996 to 2018.

Debtor is lacking current marketable job skills, education, and training to obtain employment in her degree earned field and related fields that would produce income to cover living expenses and student loan debt.

Currently, the debtor has financial, health, and family crisis barriers that prevent her from obtaining the professional development and certification that is needed to secure employment in field(s) tied to her student loan debt.

Moving forward, debtor has taken action towards entrepreneurship.

Debtor has chosen a less expensive, route for education/training that will produce income for self-sufficiency once successfully completed.

Debtor's plans include/but are not limited to full time enrollment into a 1200-1500 hour Cosmetology program, which will cost approximately $6000 out of pocket for the debtor.

Debtor is seeking part-time employment and other resources to pay for this program. Debtor plans are to complete this program within 12-24 months and begin and begin maintaining a minimal standard of living for herself and her dependent.

Debtor is in need of a financial fresh start and has had no access to resources that would make an impact in progressively moving forward with stable employment since becoming unemployed.

Debtor has advocated for herself and represented herself and the minor child for the past four years in all legal proceedings, court proceedings, and other extenuating issues that the debtor did not create herself that required the professional expertise of a lawyer or legal counsel to prevent and/or recover monetary damages for the harm that has occurred to her. With the exception of a Divorce Trial, where the debtor received limited/voluntary appearance on the day of the trial and was limited in her ability to advocate for herself, the debtor has taken all steps necessary steps to resolve these issues and move forward.

Date: October 2, 18

_____
Signature of Debtor
Printed Name: Tamica Jackson
Address: PO Box 4235
Tallahassee, FL 32315
E-mail Address: jacksontamical@gmail.com